678 A.2d 711

CIBA–GEIGY CORPORATION, v. LIBERTY MUTUAL
INSURANCE CO., ET AL. AND COMMERCIAL
UNION INSURANCE COMPANY.

June 5, 1996.

## ORDER

Leave to appeal is granted.

678 A.2d 711

JOHN KINSELLA v. MARY KINSELLA.

June 24, 1996.

## ORDER

Leave to appeal is granted.

678 A.2d 711

JOHN KINSELLA v. MARY KINSELLA.

June 24, 1996.

## ORDER

Leave to appeal is granted.